John T. McPherson, Administrator of Estates of John McPherson, and Gerald McPherson, Deceased, and Raymond Schmitt, Administrator of Estate of Thomas Ray Schmitt, Deceased, Respondents, v. The Universal C. I. T. Credit Corporation, Petitioner, and Murlin Bannister, Co-Defendant.

Term No. 51–O–11.

Jos. B. McGlynn, for petitioner; Wayne P. Williams, of counsel; William P. Fleming, and Louis Beasley, for respondents. Opinion by JUSTICE BARDENS. Not to be published in full. Opinion filed January 11, 1952; released for publication February 13, 1952.